O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR03-1268-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| THOMAS HERMAN GOUGH, III, ) | |
| Defendant. ) | |

On May 9, 2008, this matter came before the Court on a petition to show cause why supervised release should not be revoked. The defendant represented by appointed counsel, Ingrid Eagley, admitted allegation nos. 1, 2, 3, 4, 5, 6, and 7 of the April 2, 2008 and May 8, 2008 Petitions on Probation and Supervised Release.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of July 23, 2004.

IT IS THE JUDGMENT OF THE COURT that defendant's supervised release is hereby revoked. Defendant is committed to the custody of the Bureau of Prisons for a term of twelve (12) months. Upon release from imprisonment, defendant shall be placed on supervised release for an additional term of twelve (12) months under the same terms and conditions previously imposed.

///

///

1     IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
2  Marshal or other qualified officer and that said copy shall serve as the commitment of
3  defendant.

5  FILE/DATED:   May 9, 2008           _____*Christina A. Snyder*_____
                                       CHRISTINA A. SNYDER
6                                      UNITED STATES DISTRICT JUDGE

8                                      SHERRI R. CARTER, CLERK

10                                     By:____/S/_____
11                                         Catherine M. Jeang, Deputy Clerk

2